IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK N.A. and RANCHO INVESTMENTS, LLC, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>OVIDIU CONSTANTIN, :<br>:<br>Defendant. :<br>: | CIVIL ACTION NO.<br>2:15-CV-102-RWS |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [Doc. No. 5] of Magistrate Judge J. Clay Fuller. The parties have not filed any objections thereto.

After reviewing the record and the Report and Recommendation, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this matter is **REMANDED** to the Magistrate Court of Barrow County, Georgia. The Clerk is **DIRECTED** to close this action.

**SO ORDERED**, this 15th day of June, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)